UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN SANCHEZ GONZALEZ,

        Plaintiff(s),                       No. C 12-4839 PJH

  v.                                      **ORDER OF DISMISSAL**

UNIONBANCAL CORPORATION, et al.,

        Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service on the opposing party(ies)thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice. The parties may substitute a dismissal with prejudice at any time during this sixty-day period.

      IT IS SO ORDERED.

Dated: August 22, 2013

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge